

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

March 28, 2024

2024-1194 - CAO Lighting, Inc. v. Wolfspeed, Inc.

# NOTICE OF NON-COMPLIANCE

The document Opening Brief submitted by CAO Lighting, Inc. is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The contents of the appendix in the attached addendum do not appear in the correct order. The appendix must begin with the table of contents. All judgments, orders, agency actions, or other decisions appealed from and any opinions, memoranda, or findings and conclusions supporting them must be placed first in the appendix after the table of contents and receive the first page numbers. Fed R. App. P. 30(d); Fed. Cir. R. 30(b)(2)(B); Fed. Cir. R. 30(c)(1). Refer to Fed. Cir. R. 25.1(e)(1)(A) for an exception regarding protective orders.

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: J. Phillips, Deputy Clerk